09/10/2013 — Ace Attorney Service (213) 623-7527 — 1 of 5

RECEIVED
SEP 11 2013
ING CIVIL DEPT

BY FAX

1  Issa K. Moe, Bar No. 254998
2  MOSS & BARNETT, P.A.
   4800 Wells Fargo Center
3  90 South Seventh Street
   Minneapolis, Minnesota 55402
4  (612) 877-5399/FAX (612) 877-5016
   Moel@moss-barnett.com

5  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
6  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California 92707
7  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
8
   Attorneys for Defendant
9  FIRST NATIONAL COLLECTION
   BUREAU, INC.
10

11            SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                    FOR THE COUNTY OF LOS ANGELES

13

14  MICHAEL A. ROBBIN,              | Case No. 13S04254
                                     |
15         Plaintiff,                |
                                     |
16      v.                           | NOTICE OF REMOVAL OF ACTION
                                     | BY DEFENDANT FIRST NATIONAL
17  FIRST NATIONAL COLLECTION        | COLLECTION BUREAU, INC.
    BUREAU, INC.,                    |
18                                   |
           Defendant.                |
19

20       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21       Pursuant to 28 U.S.C. § 1446(d), the defendant, First National Collection

22  Bureau, Inc., hereby gives notice of the removal of the above-captioned action

23  from this Court to the United States District Court for the Central District of

24  California.

25       A copy of the Notice of Removal filed in the District Court is attached

26  ///

27  ///

28

- 1 -
NOTICE OF REMOVAL OF ACTION BY DEFENDANT

1  hereto as Exhibit A.

2

3                                              MOSS & BARNETT, P.A.

4

5  Dated: September 11, 2013          By: /s/ Issa K. Moe
6                                              ISSA K. MOE
                                                Attorneys for Defendant
7                                               FIRST NATIONAL COLLECTION
                                                BUREAU, INC.

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 2 -
NOTICE OF REMOVAL OF ACTION BY DEFENDANT

2394757v1

Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California  92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
FIRST NATIONAL COLLECTION
BUREAU, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. ROBBIN,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the defendant, First National Collection Bureau, Inc. ("FNCB"), hereby removes to this Court the state court action described below.

1.   On August 12, 2013, the plaintiff, Michael A. Robbin ("Plaintiff"), filed a claim and order to go to small claims court ("Complaint") in the Superior Court of California, County of Los Angeles, thereby commencing a lawsuit entitled *Robbin, Michael A. v. First National Collection Bureau, Inc.*, and assigned

- 1 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)

1  Case No. 13S04254. A copy of the Complaint is attached as Exhibit A.

2.  On August 12, 2013, the Executive Officer/Clerk of the Los Angeles Superior Court mailed FNCB's attorneys a copy of the Complaint, which was received on or about August 16, 2013. FNCB is filing this notice within 30 days after receipt of the Complaint. This removal is, therefore, timely. See 28 U.S.C. § 1446(b).

3.  Plaintiff asserts claims against FNCB based on its alleged attempts to collect a debt from Plaintiff that was discharged in a bankruptcy case in 2002.[1] The bankruptcy discharge injunction arises under federal law. See 11 U.S.C. § 524. Accordingly, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that FNCB may remove to this Court pursuant to 28 U.S.C. § 1441.

4.  FNCB has not been served with any other process, pleadings, or orders in this action.

5.  As required by 28 U.S.C. § 1446(d), FNCB will give notice of the filing of this notice to Plaintiff and to the clerk of the Superior Court of California, County of Los Angeles, where the action is currently pending.

WHEREFORE, FNCB respectfully requests that the above-captioned matter currently pending in the Superior Court of California, County of Los Angeles, be removed to this Court.

---

[1] Plaintiff actually pleads that FNCB "violated the laws by attempting to collect a *dept* that was discharged in the Chapter 7 bankruptcy court in 2002[.]" (Compl.) (emphasis added). FNCB assumes this was just a scrivener's error, and that Plaintiff intended to plead that FNCB attempted to collect a discharged debt, not a dept.

- 2 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

1
2             MOSS & BARNETT, P.A.
3
4 Dated: September 11, 2013  By: _____
5             ISSA K. MOE
              Attorneys for Defendant
6             FIRST NATIONAL COLLECTION
              BUREAU, INC.

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

- 3 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)
2394661v1

Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
Issa.Moe@lawmoss.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC.

RECEIVED SEP 11 2013 ING CIVIL DEPT

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| MICHAEL A. ROBBIN, <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL COLLECTION BUREAU, INC., <br><br> Defendant. | Case No. 13S04254 <br><br> **CERTIFICATE OF SERVICE** <br><br> BY FAX |
|---|---|

- 1 -

CERTIFICATE OF SERVICE

2395440v1

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **September 11, 2013**, I caused to be served the following documents:

**NOTICE OF REMOVAL OF ACTION BY DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.**

**EXHIBIT A**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

- 2 -

CERTIFICATE OF SERVICE

2395440v1

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

**SEE ATTACHED SERVICE LIST**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 11, 2013, at Minneapolis, Minnesota.

*/s/ Andrea Lande*
Andrea P. Lande

- 3 -

CERTIFICATE OF SERVICE

2395440v1

Service List
MICHAEL A. ROBBIN, V. FIRST NATIONAL COLLECTION BUREAU, INC.

| **Michael A. Robbin**<br>6001 West 74th Street<br>Los Angeles, CA 90045 | Pro Se |
|---|---|

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 4 -

CERTIFICATE OF SERVICE

2395440v1