UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-06633-SVW-JCG | Date | January 28, 2014 |
|---|---|---|---|
| Title | Michael A Robbin v. First National Collection Bureau Inc | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING CASE

On December 27, 2013, the Court issued an order [Dkt #13] granting plaintiff leave to amend his complaint, no later than January 15, 2014. Failure to amend would result in the termination of the action.

To date, plaintiff has failed to comply with this Court's order. The case is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |